UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TUNC URAZ, 114653,

        Petitioner,

v.

FREDEANE ARTIS,

        Respondent(s).

_____/

Case No. 25-10608

Judge Shalina D. Kumar

Magistrate Judge David R. Grand

**ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS**

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date:  March 7, 2025

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  March 7, 2025

s/LGranger
Deputy Clerk