UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TUNC URAZ, 114653,

                Petitioner,

v.

FREDEANE ARTIS,

                Respondent(s).

                                        /

Case No.  25-10608

Judge  Shalina D. Kumar

Magistrate Judge  David R. Grand

**ORDER REQUIRING RESPONSIVE PLEADING**

The petition for a writ of habeas corpus has been examined.  It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

**IT IS ORDERED** that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan **by first class mail** as provided in Rule 4.

**IT IS FURTHER ORDERED** that Respondent file a response to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by ___September 8, 2025___.  Petitioner shall have **45 days** from the date of the responsive pleading to submit a reply.

**IT IS FURTHER ORDERED** that, as part of the response, Respondent shall file with the Clerk a copy of the relevant transcripts, the relevant appellate briefs submitted by Petitioner and the prosecution, and the state appellate opinions and orders as required by Rule 5.  A separate index listing the materials being submitted shall also be filed.

Date: __March 7, 2025__

s/David R. Grand
David R. Grand
United States Magistrate Judge

**Certificate of Service**

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date: __March 7, 2025__

s/LGranger
Deputy Clerk