UNITED STATES DISTRICT COURT
TUNC URAZ DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUNC URAZ, 114653,

      Petitioner,

                        CASE NO. 4:25-cv-10608

v.

                        HON. SHALINA D. KUMAR

FREDEANE ARTIS,

                        MAG. DAVID R. GRAND

      Respondent.

_____/

## Notice of Appearance

TO:  TUNC URAZ #114653
      THUMB CORRECTIONAL FACILITY
      3225 JOHN CONLEY DRIVE
      LAPEER, MI 488446

      PLEASE TAKE NOTICE that on this date, I enter my appearance

for Respondent in the above matter.

                    Respectfully submitted,

                    Dana Nessel
                    Attorney General

                    s/<u>Andrea M. Christensen-Brown</u>

                    Assistant Attorney General
                    Criminal Appellate and Parole Appeals
                    P.O. Box 30217
                    Lansing, MI  48909
                    517-335-7650
                    ChristensenA1@michigan.gov
                    P71776

Dated:  May 6, 2025

## Certificate of Service

I hereby certify that on May 6, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE SHALINA D. KUMAR
MAGISTRATE JUDGE DAVID R. GRAND

and I hereby certify that Leanne Parrish has mailed by United States Postal Service the papers to the following non-ECF participant:

TUNC URAZ #114653
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MI 48446

Dana Nessel
Attorney General

s/Andrea M. Christensen-Brown

Assistant Attorney General
Criminal Appellate and Parole Appeals
P.O. Box 30217
Lansing, MI  48909
517-335-7650
ChristensenA1@michigan.gov
P71776