UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUNC URAZ, 114653,

     Petitioner,

v.

FREDEANE ARTIS,

     Respondent.

_____/

CASE NO. 4:25-cv-10608

HON. SHALINA D. KUMAR

MAG. DAVID R. GRAND

**Notice of Appearance**

TO:  TUNC URAZ #114653
     THUMB CORRECTIONAL FACILITY
     3225 JOHN CONLEY DRIVE
     LAPEER, MI 488446

     PLEASE TAKE NOTICE that on this date, I enter my appearance

for Respondent in the above matter.

     Respectfully submitted,

     Dana Nessel
     Attorney General

     s/Nicholas Johnson

     Assistant Attorney General
     Criminal Appellate and Parole
     Appeals Division
     3030 West Grand Blvd., Suite
     10-300
     Detroit, MI 48202
     (517) 335-7650
     JohnsonN42@michigan.gov
     P82810

Dated:  August 8, 2025

## Certificate of Service

I hereby certify that on August 8, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> HONORABLE SHALINA D. KUMAR
> MAGISTRATE JUDGE DAVID R. GRAND

and I hereby certify that Ashley Greer has mailed by United States Postal Service the papers to the following non-ECF participant:

> TUNC URAZ #114653
> THUMB CORRECTIONAL FACILITY
> 3225 JOHN CONLEY DRIVE
> LAPEER, MI 48446

Dana Nessel
Attorney General

s/Nicholas Johnson

Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
3030 West Grand Blvd., Suite 10-300
Detroit, MI 48202
(517) 335-7650
JohnsonN42@michigan.gov
P82810