UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUNC URAZ,

    Petitioner,

v.

FREDEANE ARTIS,

    Respondent.

CASE NO. 4:25-cv-10608

HON. SHALINA D. KUMAR

MAG. DAVID R. GRAND

---

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

DANA NESSEL
Attorney General

s/Nicholas Johnson

Assistant Attorney General
Criminal Appellate and Parole
Appeals Division
3030 West Grand Blvd., Suite 10-300
Detroit, MI 48202
(517) 335-7650
JohnsonN42@michigan.gov
P82810

Dated: September 8, 2025

# Index of Record
25-10608

1. Ingham County Register of Actions

2. 11-17-2016 Adjournment Proceedings Hearing Transcript

3. 12-01-2016 Preliminary Examination Hearing Transcript

4. 12-13-2016 Preliminary Examination Hearing Transcript - Volume II of II

5. 01-04-2017 Arraignment Hearing Transcript

6. 01-31-2017 Pretrial - Bond Motion Hearing Transcript

7. 02-28-2017 Motion Hearing Transcript

8. 03-08-2017 Pretrial Hearing Transcript

9. 03-22-2017 Pretrial Conference Hearing Transcript

10. 05-02-2017 Pretrial Hearing Transcript

11. 05-02-2017 Amended Pretrial Hearing Transcript

12. 08-15-2017 Status Conference Hearing Transcript

13. 10-11-2017 Motion to Admit Other Acts Evidence Hearing Transcript

14. 10-20-2017 Motion Hearing Transcript

15. 10-31-2017 Jury Trial Transcript

16. 11-02-2017 Jury Trial Transcript

17. 11-03-2017 Jury Trial Transcript

18. 11-04-2017 Jury Trial Transcript

19. 11-06-2017 Jury Trial Transcript

20. 11-07-2017 Jury Trial Transcript

21. 11-09-2017 Jury Trial Transcript

22. 12-12-2017 Out-Of-Court Conference Transcript

23. 12-13-2017 Pretrial Hearing Transcript

24. 01-24-2018 Sentencing Transcript

25. 10-04-2021 Ginther Hearing Transcript

26. 04-13-2022 Ginther Hearing Transcript

27. 08-08-2022 Order Denying Mt for New Trial

28. 08-17-2023 Order Denying Mt for Evid Hr'g and New Trial

29. Michigan Court of Appeals 343695 & 343696 part 1 of 4

30. Michigan Court of Appeals 343695 & 343696 part 2 of 4

31. Michigan Court of Appeals 343695 & 343696 part 3 of 4

32. Michigan Court of Appeals 343695 & 343696 part 4 of 4

33. Michigan Supreme Court 165560 & 165561

## Certificate of Service

I hereby certify that on September 8, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE SHALINA D. KUMAR
    MAGISTRATE JUDGE DAVID R. GRAND

and I hereby certify that Ashley Greer has mailed by United States Postal Service the papers to the following non-ECF participant:

    TUNC URAZ #114653
    THUMB CORRECTIONAL FACILITY
    3225 JOHN CONLEY DRIVE
    LAPEER, MI 48446

    DANA NESSEL
    Attorney General

    s/Nicholas Johnson

    Assistant Attorney General
    Criminal Appellate and Parole
    Appeals Division
    3030 West Grand Blvd., Suite 10-300
    Detroit, MI 48202
    (517) 335-7650
    JohnsonN42@michigan.gov
    P82810