16-1965-FC

STATE OF MICHIGAN

IN THE 55TH DISTRICT COURT FOR THE COUNTY OF INGHAM

PEOPLE OF THE STATE OF MICHIGAN,

File No. 16-2960 FY

v

TUNC URAZ,

                            Defendant.
_____/

ADJOURNMENT PROCEEDINGS

BEFORE THE HONORABLE THOMAS P. BOYD, DISTRICT JUDGE

Mason, Michigan – Thursday, November 17, 2016

APPEARANCES:

For the People                MR. CHAS T. KOOP II (P58112)
                              Assistant Prosecutor
                              303 West Kalamazoo Street
                              Lansing, Michigan 48933
                              (517) 483-6108

For the Defendant             MR. JACOB A. PERRONE (P71915)
                              221 West Lake Lansing Road Ste 200
                              East Lansing, Michigan 48823
                              (517) 351-0332

Recorded by:                  Ms. Elaine D. Stocking CER 0703
                              CERTIFIED ELECTRONIC RECORDER
                              (517) 676-8414

1

TABLE OF CONTENTS

WITNESSES:

None

EXHIBITS:

None

Mason, Michigan

Thursday, November 17, 2016 - at 9:44 a.m.

THE COURT: Uraz. Excuse me.

THE DEFENDANT: Yes, that's fine. Thank you.

THE COURT: Mr. Uraz is before the Court with Mr. Perrone. Mr. Uraz, good morning.

THE DEFENDANT: Good morning.

THE COURT: Mr. Perrone, good morning.

MR. PERRONE: Good morning, Your Honor.

THE COURT: People of the State of Michigan are represented by Assistant Prosecuting Attorney Chas Koop. Mr. Koop, good morning.

MR. KOOP: Good morning, Your Honor.

THE COURT: Mr. Koop.

MR. KOOP: Your Honor, it's my understanding after speaking with Mr. Perrone that a short adjournment of the preliminary examination scheduled for Tuesday, this coming Tuesday, will be requested. The People have no objection to that short adjournment and then resolving the case. It is the People's intention to run the preliminary examination.

THE COURT: Mr. Perrone.

MR. PERRONE: It is also Mr. Uraz's intention to run the preliminary examination. I was appointed on this matter yesterday. Given the nature and the gravity of the offenses that are charged, we'd make a request for a short

3

December 1st. But the point is, you wouldn't be getting it as promptly as is otherwise designed. Do you understand that?

THE DEFENDANT: Yes, I do.

THE COURT: The right to have the hearing promptly belongs to you, not to Mr. Perrone, Mr. Koop, or even the Court. You're the one that has the right to give that prompt hearing up. Do you understand?

THE DEFENDANT: Yes, I do. I mean, if -- I mean, he doesn't even have the discovery package, so, I mean --

THE COURT: Doesn't have anything. I don't know why it took the circuit court so long to appoint Mr. Perrone. I don't know why that happened. But here he is without even having seen the information against you. So --

THE DEFENDANT: I prefer to see the discovery package also, Your Honor.

THE COURT: Seems to make sense, doesn't it?

THE DEFENDANT: Yes, it does, Your Honor.

THE COURT: All right. But you understand that as a result, that means you're not going to have the prompt hearing that was originally intended.

THE DEFENDANT: Okay.

THE COURT: And you're willing to give that right up?

THE DEFENDANT: I have to at this point. I have no

5

STATE OF MICHIGAN)

COUNTY OF INGHAM )

I certify that this transcript, consisting of 7 pages, is a complete, true, and correct transcript of the adjournment proceedings and testimony taken in this case on Thursday, November 17, 2016.

Date: February 21, 2018

Elaine D. Stocking CER 0703
55th District Court
700 Buhl Avenue
Mason, Michigan 48854
(517) 676-8414

7