STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

vs                              CASE NO:    16-1064-FH
                                            16-1065-FC

TUNC URAZ,

Defendant
_____/

HONORABLE CLINTON CANADY, III, CIRCUIT JUDGE
LANSING, MICHIGAN -- WEDNESDAY, JANUARY 4, 2017

ARRAIGNMENT/WRITTEN WAIVER

APPEARANCES:

FOR THE PEOPLE:

CHAZ T. KOOP, JD
Assistant Prosecuting Attorney
Prosecuting Attorney's Office
313 W. Kalamazoo
Grady Porter Building
Lansing, Michigan 48933

Reported by:   Teresa J. Abraham, CSR-3445
Phone:   (517)483-6404    e-Mail   tjabraham@msn.com

INDEX

WITNESSES:

None.

EXHIBITS:

Exhibit #    Description    Received

None.

Lansing, Michigan

October 4, 2017

at about 9:40 a.m.

* * * * * * * *

MR. KOOP:  Next, People v Tunc Uraz in two cases, 16-1064-FH and file number 16-1065-FC.

THE COURT:  Mr. Uraz, in file number 1064, has been charged with aggravated stalking, maximum penalty of up to five years.  The Court is going to enter a not guilty plea and set it for pretrial on January 31st at 2 p.m.

MR. KOOP:  Next, Your Honor, would be People v Tunc Uraz, 16-1065-FC.

THE COURT:  In this matter I have been advised that a written waiver has been filed.  I've been advised that bond is set at $750, cash surety.  The Court is going to cancel the current bond and hold him without bond pending disposition.  Bond can be reviewed at the time of the pretrial conference.  I will set it for pretrial on January 31st at two.

(Proceedings concluded at 9:42 a.m.)

STATE OF MICHIGAN        )

COUNTY OF INGHAM         )

I, TERESA J. ABRAHAM, Certified Shorthand Reporter in and for the County of Ingham, State of Michigan, Thirtieth Judicial Circuit Court, do hereby certify that the facts stated in the foregoing pages are true and correct, and comprise a complete, true and correct transcript of the proceedings taken in this matter on this the 4th day of January, 2017.

Teresa J. Abraham, CSR-3445

Date:    June 19, 2018