STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

vs                            CASE NO:   16-1064-FH
                                         16-1065-FC

TUNC URAZ,

Defendant

------------------------------------------------/

HONORABLE CLINTON CANADY, III, CIRCUIT JUDGE
LANSING, MICHIGAN -- WEDNESDAY, DECEMBER 13, 2017

PRETRIAL

APPEARANCES:

FOR THE PEOPLE:

CHAZ T. KOOP, JD
Assistant Prosecuting Attorney
Prosecuting Attorney's Office
315 W. Kalamazoo
Grady Porter Building
Lansing, Michigan 48933

FOR THE DEFENDANT:

JACOB PERRONE, JD
Perrone Law, PC
221 W. Lake Lansing Road, Ste. 200
East Lansing, MI 48823

DUANE SILVERTHORN, JD
DUANE D. SILVERTHORN ATTORNEY AT LAW
2155 Commons Parkway
Okemos, MI 48864

Reported by:  Teresa J. Abraham, CSR-3445
Phone:  (517) 483-6404   e-Mail: tjabraham@msn.com

INDEX

WITNESSES:

None.

EXHIBITS:

| Exhibit # | Description | Received |
|-----------|-------------|----------|

None.

Lansing, Michigan

December 13, 2017

at about 11:39 a.m.

**********

THE COURT:  We are on the record in the matter of People v Tunc Uraz, file number 16-1065 and 1064.

The record should reflect we did make a record of the meeting that we had yesterday, in the case anybody wants to review it.  And we have Mr. Silverthorn here, Mr. Perrone here.  And you are Mr. Uraz, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  And so what happened at the meeting yesterday, Mr. Uraz, is that Mr. Perrone had an illness, apparently, after the completion of the trial, but before the time of sentencing. And at one point we did not know how long or the extent of his situation, when he would be able to return.  So I knew that the sentencing was set for December 20th.  And so we proceeded to appoint Mr. Silverthorn in place of Mr. Perrone.  That had been done, apparently, earlier this last week, December 6th, maybe.

All right.  Now, it's my understanding,

yesterday at the meeting, Mr. Perrone was saying he wanted to continue to represent you. I indicated that if you consented to that, I would go along with it. But today I have been advised that Mr. Silverthorn is going to represent you with the assistance of Mr. Perrone. Is that your understanding?

THE DEFENDANT: Yes.

THE COURT: All right. So that Mr. Silverthorn would be the attorney of record. Mr. Perrone says that he he's available, due to the complexities of the case, to work with Mr. Silverthorn. But Mr. Silverthorn would be the attorney of record.

THE DEFENDANT: I understand.

THE COURT: Is that fine with you?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Is that how you wish to handle this matter?

THE DEFENDANT: Yes.

THE COURT: I have to ask you these questions.

THE DEFENDANT: I understand.

THE COURT: Nobody has been making you do this. No threats or other forms of coercion. You

haven't consumed any alcohol or drugs, have you?

THE DEFENDANT: Not in the last 60 months.

THE COURT: All right. So mr. Silverthorn has already been appointed. Now, that puts us in a situation where he can't be ready by next Wednesday to handle your sentencing, okay? We are going to adjourn that to January 24th at 8:30. And he we will go from there.

Part of the reason is we got the holiday. Then my courtroom is closed, really, for two weeks. The courtroom is not available. They are going to do a technology upgrade. I'm gone the week between Christmas and New Year's. The technology upgrade is between January 2nd and 10th. That's the reason we had to go out that far.

Now, also, I did receive and I discussed this yesterday, I did see your claim of appeal and request for transcripts. But we can't really do anything with that until the sentencing. So you will be entitled to the transcripts. But, really, the way the process is set up, we have to sentence you, and then file the claim of appeal. Then you get the transcripts. I don't want you to think I was ignoring it. That's the process

we have to follow if the County is going to pay for it.

All right?  Any questions for me?

THE DEFENDANT:  Not at this time, Your Honor.

THE COURT:  Mr. Silverthorn, any comments or questions?

MR. SILVERTHORN:  No.  I have been able to listen to all.  I will work with Mr. Perrone, work with Mr. Uraz.  January 24th, five or six weeks away, should be plenty of time to be completely and adequately prepared.

THE COURT:  Any comments from the Prosecution?

MR. KOOP:  Thank you, Your Honor.  My office will also work with Mr. Silverthorn to make sure he has all discovery to review before the time of sentencing, any exhibits that were admitted, etcetera.

THE COURT:  So I would imagine, which also will aid you, I assume that Probation probably be bringing up the report that they had scheduled for the 20th on Friday.  So he can get that and see what they're talking about.  Anything else from anybody?

MR. KOOP:  Not at this time, Your Honor.

MR. SILVERTHORN:  Nothing, Your Honor.  I would like to give him my card.

THE COURT:  Okay.  All right.

THE DEFENDANT:  Thank you.

(Proceedings concluded at 11:44 a.m.)

STATE OF MICHIGAN        )

COUNTY OF INGHAM         )

            I, TERESA J. ABRAHAM, Certified Shorthand Reporter in and for the County of Ingham, State of Michigan, Thirtieth Judicial Circuit Court, do hereby certify that the facts stated in the foregoing pages are true and correct, and comprise a complete, true and correct transcript of the proceedings taken in this matter on this the 13th day of December, 2017.

_____

Teresa J. Abraham, CSR-3445

Date:   June 21, 2018