4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D

SEP 30 2025

CLERK'S OFFICE
DETROIT

TUNC URAZ,

            PETITIONER,

V.

FREDEANE ARTIS,

            RESPONDENT,

CASE No. 25-cv-10608
HONORABLE SHALINA D. KUMAR
UNITED STATES DISTRICT JUDGE

## PETITIONER'S MOTION TO EXTEND TIME TO FILE A REPLY (TRAVERSE) TO RESPONDENT'S ANSWER IN OPPOSITION TO PETITION UNDER § 2254.

NOW COMES, Petitioner, Tunc Uraz, a prisoner in Propria Persona, moves this court to extend the time allotted to file a reply (Traverse) to respondent's answer in opposition to petition for habeas corpus under 28 U.S.C. § 2254. In support of petitioner's motion, states the following:

1. Petitioner is a prisoner of the Michigan Department Of Corrections located at the Thumb Correctional Facility in Lapeer, Michigan.

2. In response to Mr. Uraz' § 2254 petition, respondent filed their Answer In Opposition with a certificate of service dated: September 8, 2025.

3. Petitioner did not receive respondent's Answer until several

DAYS THEREAFTER.

4.   MR. URAZ HAS PRESENTED SEVERAL ISSUES IN HIS § 2254 PETITION IN WHICH RESPONDED HAS ANSWERED IN GREAT DETAIL AND IN GREAT OPPOSITION.  RESPONDENT'S ANSWER IS CUMBERSOME AND COMPLEX.

5.   BECAUSE PETITIONER IS A PRISONER, HE IS SUBJECT TO NUMEROUS BARRIERS, AND RESTRICTIONS THAT PREVENT HIM FROM ADEQUATE ACCESS TO THE FACILITY LAW LIBRARY IN PREPARATION OF HIS REBUTTAL.

6.   IN CONSIDERATION OF THE ABOVE, HE REQUESTS THIS COURT TO ALLOW HIM A (90) NINETY DAY EXTENSION FROM THE DUE DATE FOR HIS RESPONSE IN OPPOSITION.

7.   AS AN ALTERNATIVE, MR. URAZ REQUEST'S THIS HONORABLE COURT TO GRANT AN EXTENSION THIS COURT DEEMS JUST.


RESPECTFULLY SUBMITTED,

_Tunc Urz_        9/26/25
TUNC URAZ # 114653
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MICHIGAN 48446




PREPARED BY:

MICHAEL KUZMA, ESQ.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON ___09/26/25___, I MAILED THE FOREGOING PAPERS TO THE FOLLOWING PARTIES:

DANA NESSEL
ATTORNEY GENERAL

NICHOLAS JOHNSON
ASSISTANT ATTORNEY GENERAL
3030 WEST GRAND BLVD., SUITE 10-300
DETROIT, MICHIGAN 48202

SAID PLEADINGS WERE MAILED VIA FIRST-CLASS POSTAGE, FULLY PRE-PAID AFFIXED UNTO AND DEPOSITED IN THE FACILITIES OUT-GOING MAIL BOX.

/S/ ___Tunc Uraz___ 09/26/25

TUNC URAZ

PREPARED BY:

MICHAEL KUZMA, ESQ.

Tunc Uraz 144654
Michigan Department Of Corrections
Thumb Correctional Facility
3225 John Conley Drive
Lapeer, Michigan 48446


RECEIVED
SEP 30 2025
CLERK'S OFFICE
DETROIT

U.S. MARSHALS

METROPLEX MI 480

27 SEP 2025 PM 2 L

FIRST-CLASS

US POSTAGE

ZIP 48446 $ 000.74⁰
02 7W
0008038245 SEP 26 2025

Clerk
United States District Court
Eastern District Of Michigan
Southern Division
321 W. Lafayette Blvd. Fifth Floor
Detroit, Michigan 48226

48226-272599

Case 4:25-cv-10608-SDK-DRG  ECF No. 12, PageID.3366  Filed 09/30/25  Page 4 of 4