UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TUNC URAZ,

                  Petitioner,

v.

FREDEANE ARTIS,

                  Respondent.

Case No.  25-10608
Honorable Shalina D. Kumar
United States District Judge

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE A REPLY
## (ECF No. 12)

This is a habeas case filed under 28 U.S.C. § 2254.  Petitioner Tunc Uraz requests an extension of time to file a reply to Respondent's answer to the petition for a writ of habeas corpus. ECF No. 12. Federal Rule of Civil Procedure 6(b)(1)(A) authorizes the Court to extend any time period specified in its orders for good cause. For the reasons stated in Petitioner's motion, his motion is **GRANTED**. Petitioner may file a reply **within 45 days from the date of this Order**.

    **IT IS SO ORDERED.**

                              s/Shalina D. Kumar
                              SHALINA D. KUMAR
Dated:  October 21, 2025          United States District Judge