1/11/26

To: Office of the Clerk
U.S. Dist. ct. Eastern Dist of Michigan
231 W. Lafayette Blvd, Rm 564
Detroit, MI 48226

FILED
JAN 20 2026
CLERK'S OFFICE
DETROIT

From: TUNC URAZ #114653
Thumb correctional facility
3225 John Conley Dr.
Lapeer, MI 48446

Case # 25-10608
4:25-cv-10608
URAZ v. ARTIS

Re: Valid TextBehind QR code for each piece of legal mail.

Dear Clerk,
  I would like to make "Judicial Notice" about Legal mail policy change at Michigan Dept. of Corrections (MDOC) (see attached)
  As of 1/5/26, Any Legal Mail received from any legal entity, attorneys, courts etc... if it does not have a "Text behind QR code" it would be either:
  1) Handled as a regular mail opened in mail room and copied without prisoners presence
  2) It would or could be destroyed or sent back. Please see attached New policy from MDOC. I am asking U.S. Eastern federal court make an Judicial Notice about this change →

Also Mail Room does not affix or stamp received date on the envelopes (see attached)

If there is delay due to U.S.P.S or any other delivery issues How can one respond on a timely manner with time sensitive legal mail issues?

Thank you very much for your attention to this Matter

Please advise, respond

Respectfully submitted

Tone Oroz

P.S Court can obtain a Text behind QR code from website

docs.textbehind.com

# Mailroom Kite

Date: 1/7/26
Prisoner Name/Number: Uraz/114653         Lock: FB 103

Per policy 05.03.118

Confidential mail: Any entity identified in Paragraph JJ(b) that wants to receive special handling must be registered and verified through TextBehind. **The valid TextBehind QR code must be affixed to each piece of mail to receive special handling, otherwise it is handled as regular incoming mail.**

Legal Mail: Correspondence sent by a prisoner's attorney or the attorney's representative that includes attorney-client communications.  Must clearly have the attorney's name in the return address.  **Must have a valid TextBehind QR code on each piece of mail or the unopened mail will be returned to sender.**

The "received stamp" is not required to be used while processing confidential or legal mail

Thank you
Mailroom

Return to (S)   W   F

Mailroom Staff Use Only

1/5/26

TO: MAIL ROOM (ICF)

FROM: URAZ 114653 FB103

Re: Copied Legal Mail received on 1/5/26

Hello,

Would you please explain the New policy about copying our legal mail? I was told it would be opened in front of me and it would be copied in front of me. But today 1/5/26 I received my legal mail from Michigan Supreme Court SCAO office. It did have "received" stamp date on it although it was mailed on 12/23/25 but received date is unknown.

① Please tell me if this is the new way handling the legal mail? ② Will you stamp the received date on it? ③ Will you open and copy it in front of me?

Thank you very much for your help & attention to this matter.
Respectfully   URAZ 114653 FB103

TWCURAZ 114653
Thumb Correctional facility
3225 John Conley Dr.
Lapeer, MI 48446

RECEIVED
JAN 20 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MP 480
14 JAN 2026 AM 15
FIRST-CLASS

US POSTAGE **PITNEY BOWES**
ZIP 48446
02 7W
0000038245
$ 000.74°
JAN 12 2026

Office of the Clerk
U.S. Dist. ct. Eastern Dist of Michigan
231 W. Lafayette Blvd, Rm 564
Detroit, MI 48226

48226-277758