10

25-10608   1/22/26

**FILED**
JAN 27 2026
CLERK'S OFFICE
DETROIT

To: Office of the clerk

Please read the attached letter and new legal mail handling procedure by MDOC

I wanted to make a "Judicial Notice" to the courts

Thank you          Case #10608

Tonc Um 114653

1/22/26

FROM :

MR. TUNC URAZ# 114653
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DR.
LAPEER, MI 48446


RE: NEW MDOC LEGAL MAIL POLICY PD 05.03.118
(AS OF 01/05/2026) CONTRADICTIONS AND ISSUES.


DEAR ~~MDAG~~ Office of the Clerk, U.S. Dist. Ct for the Eastern Dist. of MI,

WOULD YOU PLEASE KINDLY LOOK AT THE NEW LEGAL MAIL HANDLING POLICY BY MDOC UPDATED ON 01/05/2026, P.D. 05.03.118 (EXB. A)

On pg. 7

UNDER

MAIL REQUIRING SPECIAL HANDLING

paragraph JJ (b)

Confidential mail: Correspondence designated by one of the following "ENTITIES" or their employees as containing confidential, personal, or privileged mail that does not qualify as attorney-client protected mail but warrants special handling;

(in part that applies to me)

-A LEGITIMATE LEGAL SERVICES ORGANIZATION

-A COURT OR CLERK OF THE COURT


Verification of mail Requiring Special handling Through TextBehind QR code

Confidential mail identified in Paragraph JJ(b) that wants confidential mail to receive special handling must be registered and verified through TextBehind. This designation is made "BY THE SENDER".
All confidential mail designated by the sender to receive special handling must prominently display a valid QR code issued by TextBehind. Confidential mail that does NOT contain a QR code will be processed as a regular mail.

THESE TWO PARAGRAPHS ARE IN CONTRADICTION WITH EACH OTHER.

PLEASE SEE ATTACHED LEGAL MAIL THAT I RECEIVED FROM LEGAL "ENTITIES" (per MDOC designation, prag. JJ(b)) WITHOUT "TEXTBEHIND QR" CODE, WHICH WERE REQUIRED A SPECIAL HANDLING REGARDLESS:

MICHIGAN SUPREME COURT, STATE COURT ADMINISTRATION OFFICE

JUDICAL TENURE COMMISSION (It was labeled as "PERSONAL AND CONFIDENTIAL" on the envelope)

54 -A DISTRICT COURT CLERK LANSING MICHIGAN
(The envelope had the courts name on it)

ALL THESE LEGAL ENTITIES PER JJ(b) Warranted "special handling" but they were opened in TCF mail room without my presence and sent to me via regular mail distribution because they did not have a TextBehind QR code on the envelope.

ONLY ONE LEGAL ENTITY

ATTORNEY GRIEVANCE COMMISSION WHICH
HAD TextBehind QR code affix on the envelope (see attached) and it was a "special handling" by calling me Control Center and it was copied in front of me and given to me in person along with MDOC;
"Legal Mail and Confidential Mail Processing Acknowledgement Form" which has given me proof receipt date, where I do not have that proof/received stamp/when other legal mail handled as a Regular mail.

MDOC MAIL ROOM HERE AT TCF IS NOT PUTTING A "RECEIVED STAMP" AFFIXATION ON "LEGAL MAIL WITHOUT A TEXTBEHIND QR CODE. (see attached kite response from TCF)

"THE 'received stamp' is not required to be used while processing confidential or legal mail."

ON p.g. 8

Processing Mail Requiring Special Handling

parag. PP

"The mailroom shall maintain a log to document the facility's receipt of all incoming mail receiving special handling, including mail that returned to sender.
The log shall include the date the " MAIL WAS RECEIVED "in the mailroom, the sender's name and the prisoner's

name and number. This log is in addition to the Legal and Confidential Mail Processing Acknowledgement Form (CSJ-991) mentioned in Paragraph NN.


(PP) PARAGRAPH IS TELLING THAT MAILROOM SHOULD KEEP LOG OF LEGAL MAIL RECEIVED WHETHER IT HAS TEXTBEHIND QR CODE OR NOT.


SINCE COURTS ARE TIME SENSITIVE ABOUT RESPONSE TIMES TO THEIR LEGAL MAIL CONTENTS FROM DEFENDANTS AND PLAINTIFFS;
IT IS VERY VITAL THAT EVERY PIECE OF LEGAL OR CONFIDENTIAL MAIL ENVELOPE WITHOUT TEXTBEHIND QR CODE AND YET HAVE A "SPECIAL HANDLING" DESIGNATION SHOULD HAVE "RECEIVED STAMP" AFFIXATION ON IT.
(see attached legal mail envelopes received from Judical Tenure Commission, 54-A District Court clerk and Michigan Supreme Court) and U.S Distct at Boston MZ


I CAN'T GRIEVE THESE ISSUES BECAUSE IT EFFECTS EVERY PRISONER WHO RECEIVES A LEGAL MAIL FROM ANY LEGAL ENTITY OR ATTORNEY


THEREFORE PLEASE ASK MDOC TO FIX THESE ISSUES WITH NEW LEGAL MAIL POLICY STARTED ON 01/05/2026.


WOULD YOU PLEASE MAKE SURE THAT MDOC NOTIFIES "EVERY LEGAL ENTITY" ABOUT THIS IMPORTANT DESIGNATION AND CHANGE TO LEGAL MAIL HANDLING.


THANK YOU VERY MUCH


RESPECTFULLY SUBMITTED,

*Tunc Uraz* (signature)

TUNC URAZ

Case 4:25-cv-10608-SDK-DRG   ECF No. 18, PageID.3537   Filed 01/27/26   Page 5 of 10

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | | |
|---|---|---|---|---|
| POLICY DIRECTIVE | 01/05/2026 | 05.03.118 | PAGE 7 OF 14 |

MAIL REQUIRING SPECIAL HANDLING

JJ. Special handling mail includes two categories of sensitive correspondence that requires additional verification and handling:

   a. Legal mail: Correspondence sent by a prisoner's attorney or the attorney's representative that includes attorney-client communications or other private legal materials. Only mail received directly from a licensed attorney or their representative is considered legal mail, and only if the mail is clearly identified on the face of the envelope as being from a licensed attorney. It is not sufficient for the envelope to be simply marked "legal mail."

   b. Confidential mail: Correspondence designated by one of the following entities or their employees as containing confidential, personal, or privileged mail that does not qualify as attorney-client protected mail but warrants special handling:

   - A legitimate legal services organization,
   - Department of Attorney General,
   - A prosecuting attorney's office,
   - A court or clerk of the court,
   - A Friend of the Court office,
   - Office of the Legislative Corrections Ombudsman,
   - A Consulate or Embassy,
   - Disability Rights Michigan (DRM)
   - Michigan Department of Civil Rights (MDCR),
   - Just Detention International (JDI)/Victim Advocacy

Verification of Mail Requiring Special Handling Through TextBehind

KK. TextBehind is an end-to-end verification system to ensure special handling mail is sent from legitimate and verified sources and to help eliminate contraband from incoming mail. TextBehind will ensure all special handling mail is sent from legitimate and verified sources.

LL. To receive special handing, mail requires the use of TextBehind as follows:

   a. Legal mail: All attorneys and their representatives must be registered and verified through TextBehind and include a QR code on all envelopes containing legal mail. All legal mail must prominently display a QR code issued by TextBehind. MDOC Mail Room staff shall verify the QR code against the registered sender. To avoid inadvertently breaching any attorney-client privilege, any legal mail without a valid QR code or that has an unscannable QR code shall be returned to the sender unopened.

   b. Confidential mail: Any entity identified in Paragraph JJ(b) that wants confidential mail to receive special handling must be registered and verified through TextBehind. This designation is made **by the sender.** All confidential mail designated by the sender to receive special handling must prominently display a valid QR code issued by TextBehind. Confidential mail that does not contain a QR code will be processed as regular mail.

MM. To obtain a TextBehind QR code at no cost, senders of legal or confidential mail must:

   a. Register for an account on the TextBehind website, https://docs.textbehind.com.

   b. Add prisoner contact(s). Additional contacts can be added in the future.

   c. Provide any required identification that may include a state-issued ID card, State Bar of Michigan attorney card, letterhead, or telephone verification.

   d. Download a unique, single-use QR code and affix it on the outside of each individual envelope.

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | | |
|---|---|---|---|---|
| POLICY DIRECTIVE | 01/05/2026 | 05.03.118 | PAGE 8 OF 14 | |

Processing Mail Requiring Special Handling

NN. Incoming mail receiving special handling shall be opened and inspected for money, controlled substances, and other physical contraband in the prisoner's presence. The contents, including the envelope, shall be photocopied in the prisoner's presence using a machine that does not retain data or digital information. After photocopying, staff shall ensure all of the pages are accounted for and each photocopied page is clear, legible, complete, and properly duplicated. If any page is missing or illegible, it must be recopied before proceeding. **The content of the mail shall not be read or skimmed.** After confirming the photocopies are clear, legible and complete, the original documents shall be shredded immediately in the presence of the prisoner. The prisoner shall then receive all photocopied documents. Staff shall complete the Legal and Confidential Mail Processing Acknowledgement Form (CSJ-991) for each piece of legal or confidential mail. If the prisoner refuses to physically accept the mail after it has been opened, the mail shall be shredded in prisoner's presence.

NOTE: Facilities shall use shredders that meet or exceed the following minimum standards for destruction of legal mail after photocopying: destroy paper using crosscut shredders that produce particles that are 1 mm x 5 mm (0.04 inch x 0.2 inch) in size or smaller, or pulverize/disintegrate paper materials using disintegrator devices equipped with a 3/32 inch (2.4 mm) security screen.

OO. All physical contraband shall be confiscated, and non-contraband mail shall be delivered to the prisoner in accordance with this policy. If a prisoner receives mail that requires special handling but chooses not to come to the designated area in the facility to have the mail processed in their presence, the mail shall be returned to the sender unopened.



PP. The mailroom shall maintain a log to document the facility's receipt of all incoming mail receiving special handling, including mail that is returned to the sender. The log shall include the date the mail was received in the mailroom, the sender's name and the prisoner's name and number. This log is in addition to the Legal and Confidential Mail Processing Acknowledgment Form (CSJ-991) mentioned in Paragraph NN.

PROHIBITED INCOMING MAIL

QQ. Prisoners are prohibited from receiving mail that may pose a threat to the security, good order, or discipline of the facility, facilitate or encourage criminal activity, or interfere with the rehabilitation of the prisoner. The following pose such risks under all circumstances and therefore shall be rejected:

 1. Mail containing specific information regarding the manufacture, or operation of electronic security systems, weapons, explosives, ammunition, or incendiary devices.

 2. Mail including procedures for manufacturing: poisons, alcohol, or controlled substances.

 3. Mail violating, advocating, or promoting the violation of state or federal laws, or providing instruction on how to violate state or federal laws. This includes mail advocating or promoting the filing of a false or fraudulent Uniform Commercial Code (UCC) financing statement in violation of MCL 440.9501, mail encouraging or providing instruction for filing fraudulent state or federal forms, or mail with information on how to set up a fraudulent business enterprise.

 4. Mail advocating or promoting violence, group disruption, or insurrection.

 5. Mail describing or depicting acts of sadism, masochism, bondage, necrophilia, or bestiality, or describing, depicting, or appearing to promote sexual acts involving children. This does not include small advertisements in a publication sent directly from the publisher or an authorized vendor <u>except if the advertisement depicts or appears to promote sexual acts involving children.</u>

 6. Mail advocating racial supremacy or ethnic purity or attacking a racial or ethnic group that is reasonably likely to promote or cause violence or group disruption in the facility.

 7. Mail providing detailed instruction in the martial arts, such as judo, karate, aikido, kendu, kung fu, and similar techniques. This does not include non-combative martial arts such as tai chi.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
13 JAN 2026 PM 14



US POSTAGE PITNEY BOWES
ZIP 48226 $ 000.74
02 7W
0008037343 JAN. 13. 2026

FB 103

Tunc Uraz #114653
THUMB CORRECTIONAL FACILITY
3225 JOHN CONLEY DRIVE
LAPEER, MI 48446

48446-298725

# Mailroom Kite

Date: 1/7/26
Prisoner Name/Number: Uraz/114653        Lock: FB 103

Per policy 05.03.118

Confidential mail: Any entity identified in Paragraph JJ(b) that wants to receive special handling must be registered and verified through TextBehind. **The valid TextBehind QR code must be affixed to each piece of mail to receive special handling, otherwise it is handled as regular incoming mail.**

Legal Mail: Correspondence sent by a prisoner's attorney or the attorney's representative that includes attorney-client communications. Must clearly have the attorney's name in the return address. **Must have a valid TextBehind QR code on each piece of mail or the unopened mail will be returned to sender.**

The "received stamp" is not required to be used while processing confidential or legal mail

Thank you
Mailroom

**Mailroom Staff Use Only**

Return to (S)   W   F

1/5/26

TO: MAIL ROOM (ICF)

FROM: URAZ 114653 FB103

Re: Copied Legal Mail received on 1/5/26

Hello,

Would you please explain the NEW policy about copying our legal mail? I was told it would be opened in front of me and it would be copied in front of me. But today 1/5/26 I received my legal mail from Michigan Supreme Court SCAO office. It did have "received" stamp date on it although it was mailed on 12/23/25 but received date is unknown.
① Please tell me if this is the new way handling the legal mail? ② Will you stamp the received date on it? ③ Will you open and copy it in front of me?

Thank you very much for your help & attention to this matter.

Respectfully   URAZ 114653 FB103

TUNC URAZ #114653
Thumb Correctional Facility
3225 John Conley Dr
Lapeer, MI 48446

METROPLEX MI 480
22 JAN 2026 AM 16
FIRST-CLASS
ZIP 48446 $001.03⁰
02 7W
0008038245 JAN 21. 2026

new mail guidelines

Office Clerk of the Clerk
U.S. Dist. court for the Eastern
Dist. of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd rm 564
Detroit, MI 48226

RECEIVED
JAN 27 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-277402