TO:
OFFICE OF THE CLERK

U.S. DIST. CT.  EASTERN DIST.
OF MICHIGAN
231 W. LAFAYETTE BLVD, RM 564
DETROIT, MI 48226


FROM :

TUNC URAZ #114653
CARSON CITY CORRECTIONAL FACILITY
10274 E. BOYER RD.
CARSON CITY, MI 48811

F I L E D

JUL 24 2026

CLERK'S OFFICE
DETROIT


RE: CHANGE OF ADDRESS NOTIFICATION AS OF 07/15/2026


CASE # 25-10608, 4:25- CV-10608,  URAZ V. ARTIS

SHALINA D. KUMAR
HONORABLE JUDGE
&
DAVID R. GRAND
HONORABLE U.S. MAGISTRATE JUDGE


DEAR CLERK OF THE HONORABLE COURT;

PER THIS HONORABLE COURT'S RULES MY ADDRESS IS CHANGED AS OF 07/15/2026

HERE IS MY NEW ADDRESS

TUNC URAZ #114653

CARSON CITY CORRECTIONAL FACILITY
10274 E. BOYER RD.
CARSON CITY, MI 48811


PLEASE MAKE NOTE OF THIS CHANGE OF ADDRESS


CLERK OF THE HONORABLE COURT;

I APPRECIATE YOUR UNDERSTANDING AND HELP IN THIS MATTER.

RESPECTFULLY SUBMITTED

TUNC URAZ

VERIFICATION;

I, TUNC URAZ, DO HEREBY SWEAR UNDER PENALTY OF PERJURY AND ATTEST TO THE FOREGOING STATEMENTS IN THIS LETTER, AND ITS ATTACHMENTS/EXHIBITS; BEING TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF ON THIS; 17th DAY OF: July 2026

TUNC URAZ

PROOF OF MAILING:

ON 07/ 17 /2026 , MR. TUNC URAZ MAILED, ABOVE CORRESPONDENCE WAS MAILED WITH VIA MDOC EXPEDITED LEGAL MAILED TO:

HONORABLE JUDGE
SHALINA D. KUMAR
&
HONORABLE DAVID R. GRAND
U.S. MAGISTRATE JUDGE

OFFICE OF THE CLERK

U.S. DIST. CT. EASTERN DIST.
OF MICHIGAN
231 W. LAFAYETTE BLVD, RM 564
DETROIT, MI 48226

AND

ASSISTANT ATTORNEY GENERAL
CRIMINAL APPELLATE AND PAROLE APPEALS DIVISION
3030 WEST GRAND BLVD., SUITE 10-300
DETROIT, MI 48202

TUNC URAZ #114653
Carson City Correctional facility
10274 E Boyer Rd.
CARSON CITY, MI 48811
Case # 25-10608
    4:25-CV-10608
Change of address notification

RECEIVED
JUL 24 2026
CLERK'S OFFICE
DETROIT

U.S. MARSHALS

GRAND RAPIDS MI 493
21 JUL 2026 PM 4 L
FIRST-CLASS

US POSTAGE ™ PITNEY BOWES
ZIP 48811 $ 000.78⁰
02 7W
0008040222 JUL 17 2026

Office of the Clerk
U.S. Dist. Ct. Eastern Dist
of Michigan
231 W. Lafayette Blvd
                                    Rm 564
Detroit, MI 48226

48226-277758

Case 4:25-cv-10608-SDK-DRG   ECF No. 19, PageID.3545   Filed 07/24/26   Page 3 of 3