8/17/26

(9)

TO:

OFFICE OF THE CLERK
U.S. DIST. CT. FOR THE EASTERN DIST.
OF MICHIGAN
231 W. LAFAYETTE BLVD, RM 564
DETROIT, MI 48226

FILED
AUG 17 2026
CLERK'S OFFICE
DETROIT

FROM :

TUNC URAZ #114653
CARSON CITY CORRECTIONAL FACILITY
10274 E. BOYER RD.
CARSON CITY, MI 48811
***(NEW ADDRESS AS OF JULY 15th 2026)***

RE: ***NEWLY DISCOVERED EVIDENCE AS OF JULY 2026***

SUPPLEMENTAL ATTACHMENT TO :
Brief in support of Motion For Evidentiary Hearing; (EXHIBIT A, Jacob A. Perrone's Response to Civil Complaint) filed on 12/22/2025 and 01/09/2026

CASE # 25-10608, 4:25- CV-10608, URAZ V. ARTIS

SHALINA D. KUMAR
HONORABLE JUDGE
&
DAVID R. GRAND
HONORABLE U.S. MAGISTRATE JUDGE

DEAR CLERK OF THE HONORABLE COURT;

PLEASE SEE ATTACHED HEAVILY REDACTED EAST LANSING POLICE REPORT (# 2536402602) DATED SEPTEMBER 18, 2025 BY ELPD OFFICER KATELYNN BENNETT FOR THE INCIDENT HAPPENED ON 09/16/2025 CAUSED BY PERRONE. THERE IS A POLICE BODY CAM FOOTAGE AVAILABLE IF NEEDED.

THIS POLICE REPORT SUPPLEMENTS/SUPPORTS THE GRIEVANCE FILED BACK IN OCTOBER OF 2025 WITH AGC, FOR FOUL/THREATENING LANGUAGE USED BY JACOB A. PERRONE AGAINST I AND MY FAMILY IN THE PLEADING HE WROTE BELOW.

"MOTION TO STRIKE AND MOTION FOR MORE DEFINITE STATEMENT AND BRIEF IN SUPPORT" WHICH WAS FILED BY PERRONE 09/26/2025.

Brief in support of Motion For Evidentiary Hearing; ( EXHIBIT A, Jacob A. Perrone's Response to Civil Complaint)

filed on 12/22/2025 and 01/09/2026

PERRONE CARRIED OUT HIS THREATS BY SENDING ME DOCUMENTS "SOAKED IN ILLEGAL SUBSTANCE" THREE SEPARATE TIMES TO MDOC FACILITY BETWEEN OCTOBER - DECEMBER OF 2025.

PERRONE WAS HAVING AN ANOTHER MENTAL HEALTH CRISES EPISODE IN SEPTEMBER OF 2025.

HOWEVER THERE WASN'T ANY INVOLUNTARY HOSPITALIZATION FOR PERRONE BY HIS FAMILY OR POLICE.

I WANT THIS POLICE REPORT TO BE PART OF;
(Brief in support of Motion For Evidentiary Hearing)

ONCE AGAIN PERRONE FAILED TO DISCLOSE THIS POLICE REPORT DATED 09/18/2025.

I AM STILL WAITING ATTORNEY GRIEVANCE COMMISSION ( AGC # 25-2423) TO REACH A DECISION ABOUT THIS THREATENING PLEADING FILED BY PERRONE. SO THAT I CAN FILE A POLICE REPORT AGAINST PERRONE WITH MICHIGAN STATE POLICE.

PERRONE AND OTHERS WHO ARE PROTECTING HIM ARE COMMITTING FRAUD FOR NOT DISCLOSING THIS POLICE REPORT PER;

MRPC : 1.1, 1.6, 1.16(a)(2), 3.4, 3.7, 3.8 6.5, 8.1, 8.3, 8.4,

MCR : 9.104 (1-6) MCR 9.113,MCL 767.39,
ABA STANDARDS 4.42 (LACK OF DILIGENCE) 6.12 (FALSE STATEMENTS), 9.22 ,(MULTIPLE INVOLUNTARY MENTAL HOSPITALIZATION), VIOLATION OF 9.32 (NOT PROVIDING FULL AND FREE DISCLOSURE, NOT COOPERATING WITH AGC, NOR REMORSE, REPUTATION)

HERE IS THE QUESTION TO PERRONE;

WHY DIDN'T YOU DISCLOSE THIS ELPD POLICE REPORT DATED 09/18/25 TO AGC PER MRPC, MCR, MCL, ABA RULES ABOVE?

THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

PLEASE RESPOND AND ADVISE AT YOUR EARLIEST CONVENIENCE IF I CAN BE IN ANYASSISTANCE.

RESPECTFULLY SUBMITTED

Tunc Uraz

TUNC URAZ

P.S.

THERE IS HEARING SCHEDULED ON 09/03/2026; 8:00 AM IN JUDGE WANDA E. STOKES COURT ROOM, 30th. CIRCUIT COURT, INGHAM COUNTY
CASE# 26-721-NM, LEGAL MALPRACTICE LAWSUIT (BASED ON THE THREATENING PLEADING PERRONE SENT ON 09/26/2025) (Plaintiff: TUNC URAZ vs. Defendant Jacob A. Perrone)

VERIFICATION;

I, TUNC URAZ, DO HEREBY SWEAR UNDER PENALTY OF PERJURY AND ATTEST TO THE FOREGOING STATEMENTS IN THIS LETTER, AND ITS ATTACHMENTS; BEING TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF ON THIS; 7th DAY OF ; Aug. 2026

TUNC URAZ

Tunc Uraz

PROOF OF MAILING:

ON 8/7/26 MR. TUNC URAZ MAILED THIS LETTER AND ITS ATTACHMENT WITH VIA MDOC EXPEDITED LEGAL MAIL PROCEDURE TO:

OFFICE OF THE CLERK
U.S. DIST. CT. EASTERN DIST.
OF MICHIGAN
231 W. LAFAYETTE BLVD, RM 564
DETROIT, MI 48226

AND

MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
ANDREA M. CHRISTENSEN-BROWN AND NICHOLAS PATRICK JOHNSON
CRIMINAL TRIALS AND APPEALS DIVISION
3030 W. GRAND BLVD., STE: 10-300
DETROIT, MI 48202

Tunc Uraz

English Summary

This is a three-page East Lansing Police Department case report concerning a mental/emotional health investigation. The incident occurred on September 16, 2025, and the report was prepared on September 18, 2025, under case number 2536402602.

narrative—including the identities of the people involvedPolice were called to the department desk following a complaint involving threats. The complainant showed the officer a large number of messages allegedly sent by another person, to which the recipient had not responded. Much of the , the exact contents of the messages and the specific allegations—has been blacked out, so these details cannot be determined from the document.

The reporting officer asked other officers and a social worker to conduct a welfare check at the other person's residence. They successfully contacted that person. After speaking with them, the officers and social worker concluded that the individual did not meet the criteria for PRT, which appears to mean that emergency psychiatric intervention or protective custody was not considered necessary at that time.

The officer's body-camera recording was preserved as evidence. The matter was ultimately closed for documentation purposes only, meaning the report records the incident but does not indicate that an arrest, criminal charge or further immediate police action occurred.

Case No 25364026O2
Case Status Active
Report Date/Time: 9/18/2025 9:48:32 AM
Reporting Officer: Bennett, Katelynn

Theres also a narrative part but its all redacted.

On the above date and time, I was dispatched to the desk at 409 Park Lane for a threats complaint. At the desk I met with DOB .

CONTACT WITH

advised that She advised that . She stated that . She stated that . She stated . showed me her phone and there is a plethora of messages all sent by Anna had not responded to any of them. advised she
advised that .

OFFCIER ACTIONS

I request that Ofc. Menser, Ofc. Washington, and SW Knickerbocker do a welfare check on at his residence. They did so, CAD# 25-0176562.
They were able to make contact with He advised officers that said . advised said . admitted to
Per the officers on scene and the SW, did not meet the requirements for PRT.

EVIDENCE

advised . She also that . When I receive these I will add them to the report and update the narrative accordingly.

AXON

My BWC has been tagged accordingly.

DISPOSITION

Closed. Documentation only at this time.

**ELPD - EAST LANSING POLICE DEPARTMENT**
Case Report

Case No. 2536402602
Case Status: Active
Report Date Time: 9/18/2025 9:48:32 AM
Reporting Officer: Bennett, Katelynn

**FILE CLASS/OFFENSE:**
Mental / Emotional Health Investigation

**NATURE OF INCIDENT:**
9204 Mental Health Investigation[redacted] Bennett

**OCCURRED ON:** 9/16/2025 12:00:00 AM
**(and Between)**

**VENUE:** [redacted] Kresge Ln East Lansing, MI 48823
**CITY/TOWNSHIP:** 80 - East Lansing, Ingham

**OTHERS:** [redacted] ENTITY TYPE Other Person
Alias: ADDRESS INFORMATION
H - Home [redacted]
H - Home [redacted]
Phone Information Emails
H - Home [redacted]
NOTES:

**OTHERS:** [redacted] ENTITY TYPE Complainant
Alias: ADDRESS INFORMATION
H - Home [redacted]
Phone Information Emails
M - Mobile [redacted]
NOTES:

| **FORCE LEVEL DETAILS** | FORCE USED: N - No | |
|---|---|---|
| HANDGUN USE | RIFLE USE | SHOTGUN USE |
| HANDGUN DISPLAY | RIFLE DISPLAY | SHOTGUN DISPLAY |
| PCA USE | ASP USE | TASER USE |
| PCA DISPLAY | ASP DISPLAY | HANDCUFFING |
| PPCT | | |
| OTHER | | |

| **CANINE USAGE** | RECORD NO | **CASE NO:** |
|---|---|---|
| DATE | HANDLER | CANINE NAME |
| REQUESTING AGENCY | REQUESTING METHOD | REQUESTING OFFICER |
| USAGE TYPE | TIME OF USE | |
| LOCATION | CITY | |
| NARRATIVE | | |

**PROPERTY:**
ITEM NO STATUS: Information Only
PROPERTY TYPE: Recording - Other
RECOVERED BY: RECOVERED DATE/TIME
PROPERTY DESCRIPTION: body cam
DRUG QUANTITY/MEASURE: COUNT: 1
VALUE: COLOR:
MANUFACTURER: MODEL:
SN/VIN: LICENSE NO:

VEHICLE DESCRIPTION
NOTES bennett body cam

NARRATIVE:
Bennett, Katelynn - ELPD-185
9/18/2025 9:48:32 AM
DISPATCH INFORMATION

On the above date and time, I was dispatched to the desk at 409 Park Lane for a threats complaint. At the desk I met with [redacted] DOB [redacted]

CONTACT WITH [redacted]

[redacted] advised that [redacted] She advised that [redacted] She stated that [redacted] She stated that [redacted] She stated [redacted] showed me her phone and there is a plethora of messages all sent by [redacted] Anna had not responded to any of them [redacted] advised she [redacted]

[redacted] advised that [redacted]

OFFCIER ACTIONS

I request that Ofc. Menser, Ofc. Washington, and SW Knickerbocker do a welfare check on [redacted] at his residence. They did so. CAD# 25-0176562

They were able to make contact with [redacted] He advised officers that [redacted] said [redacted] advised [redacted] said [redacted] admitted to [redacted]

Per the officers on scene and the SW, [redacted] did not meet the requirements for PRT.

EVIDENCE

[redacted] advised [redacted] She also [redacted] that [redacted] When I receive these I will add them to the report and update the narrative accordingly.

AXON

My BWC has been tagged accordingly.

DISPOSITION

Closed. Documentation only at this time.

TUNC URAZ 114653
Carson city correctional facility
10274 E. Boyer Rd.
Carson city, MI 48226
Case# 25-10608, 4:25-CV-10608
URAZ V. ARTIS

GRAND RAPIDS MI 493
12 AUG 2026PM 2 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 48811 $ 001.07⁰
02 7W
0008040222 AUG 10 2026

RECEIVED
AUG 17 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Office of the Clerk
U.S. Dist Ct. for the Eastern
Dist of Michigan
231 W. Lafayette Blvd, Rm:564
Detroit, MI 48226

48226§2774 C052